JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL FREEMAN, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY MISSION VIEJO INC., a California corporation; and Does 1-10,<br><br>Defendants. | Case No.: 8:19-cv-01748-JLS-JDE<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, Defendant GATEWAY MISSION VIEJO INC. ("Defendant") on one hand, and Plaintiff CHERYL FREEMAN ("Plaintiff"), on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by Plaintiff in this action shall be dismissed with prejudice, each party to bear their own costs and attorney fees; and

IT IS HEREBY ORDERED that all claims and demands asserted by Plaintiff in this action are hereby dismissed with prejudice.

IT IS HEREBY ORDERED that each party is to bear their own costs and attorney's fees.

DATED: April 16, 2021

Hon. Josephine L. Staton
United States District Court